**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
REYNAULT HEVALIER,

                         Plaintiff,                    18 **CIVIL** 5048 (CS)

            -against-                        <u>**JUDGMENT**</u>

CITY OF NEW YORK; DEPUTY SHERIFF JOSE
MARZON; SERGEANT JAMAL WILLIAMS;
DEPUTY SHERIFF DEANNA BUNCH; EPUTY
SHERIFF JOHN MESA,

                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 16, 2020, Defendants' motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**  New York, New York
            April 17, 2020

                                                  **RUBY J. KRAJICK**
                                                 _____
                                                  **Clerk of Court**
                        **BY:**
                                                  _____
                                                  **Deputy Clerk**